■ REGINA LEVY v. FIREMEN'S FUND INDEMNITY COMPANY.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of the Application of NATHAN ABRAMOWITZ, for Reinstatement to the Bar.— Motion for leave to reargue his application for reinstatement or for leave to appeal to the Court of Appeals denied. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

## (June 12, 1958) ·

■ In the Matter of RAMON SERRA, by His Attorneys, SEYMOUR OSTROW and Another, Appellant. ADELAIDA BAYRON, Respondent.— Appeal unanimously dismissed, without costs. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■ DAVID WILLIAMS, Respondent, v. MARLYN MUSIC PUBLISHERS, INC., Appellant, and COPAR MUSIC, INC., Respondent.— Order unanimously affirmed, with $50 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM HAWKER, Appellant, against HERMAN J. RUTHAZER, as Warden of the City Prison, Borough of Manhattan, Respondent.— Order unanimously affirmed. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■ In the Matter of FASHIONCRAFT JEWELRY Co., INC., Appellant. GEORGE HULNICK, Appellant; ERNEST STEINER, Respondent.— Motion for stay granted on condition that petitioner-appellant and respondent-appellant procure the record or records on appeal and appellants' points to be filed on or before August 28, 1958, with notice of argument for September 9, 1958. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.

■ JEAN SILVERSTEIN v. NATIONAL AUTO RENTING CORP. et al. ISAAC GELLIS, INC., Appellant.— Motion for stay granted upon condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before September 11, 1958, with notice of argument for September 23, 1958, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■ 100 E. 53RD STREET CORNER HOUSE RESTAURANT, INC., v. WALTER WEPPRECHT et al.— Motion for stay granted upon condition that the appeal is argued or submitted on June 13, 1958. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.

■ HAROLD F. DELANEY et al. v. JACK C. GOULD et al.— Motion for stay granted on condition that defendants retain in New York all the books and records of the dissolved partnership now here situated, and that the sum of $33,626.20 now held in escrow for the benefit of the plaintiffs remain in the hands of the escrowees pending the hearing and determination of the aforesaid appeal; and on the further condition that the defendants procure the record on appeal and appellants' points to be served and filed on or before August 12, 1958, with notice of argument for the September, 1958 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.